

1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No. 1:13-MJ-252

12              Plaintiff,
                                        MOTION AND ORDER FOR DISMISSAL
13 v.

14 OSCAR DELGADO,

15              Defendant.

16

17     The United States of America, by and through Benjamin B. Wagner,
18 United States Attorney, and Brian A. Fogerty, Special Assistant
19 United States Attorney, hereby moves to dismiss case number 1:13-MJ-
20 252 against Oscar Delgado, without prejudice in the interest of
21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal
22 Procedure.

23

24 DATED: June 20, 2014              Respectfully submitted,

25                                   BENJAMIN B. WAGNER
                                     United States Attorney
26
                                By:  /s/ Brian A. Fogerty
27                                   BRIAN A. FOGERTY
                                     Special Assistant U.S. Attorney
28

                                    1
                                                U.S.A. v. DELGADO
                                                Case No. 1:13-MJ-252

## O R D E R

**IT IS HEREBY ORDERED** that the case number 1:13-MJ-252 against Oscar Delgado be dismissed, without prejudice, in the interest of justice.

Dated: June 23 2014

The Honorable Gary S. Austin
United States Magistrate Judge